# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV-12-4043-R            **DATE:** AUGUST 10, 2012

**TITLE:** ROBERTO POBLETE et al -V- GMAC MORTGAGE CORP et al

================================================================

**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANT:**

      Not present                          Not present

**PROCEEDINGS:** ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR FOR HEARING ON AUGUST 20, 2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF TO FILE PROOFS OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANTS.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                               Initials of Deputy Clerk __WH____
**CIVIL - GEN**                              D-M